IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| THU HUYNH,<br><br>    Plaintiff,<br><br>    v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 2:19-CV-103-RSM<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $6,831.68 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b).  This amount offsets the previously awarded EAJA fee, so no further offset shall be applied.

DATED this 2nd day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Christopher H. Dellert
Dellert Baird Law Offices, PLLC
2805 Bridgeport Way W, #23
University Place, WA  98466
Telephone:  (360) 329-6968

FAX:  (360) 824-9371
Dellert.Law.Office@gmail.com

Attorney for Plaintiff